■ MARY A. RUSNACK, Respondent, v THEODORE J. RUSNACK, Appellant. — In a matrimonial action, the defendant husband appeals from so much of (1) an order of the Supreme Court, Nassau County (Brucia, J.), dated May 25, 1983, as denied his motion to eliminate or modify downward the alimony and child support provisions of an amended judgment of divorce between the parties, and (2) an order of the same court, dated July 8, 1983, as, upon renewal and reargument, adhered to the prior determination. ¶ Appeal from the order dated May 25, 1983 dismissed. That order was superseded by the order dated July 8, 1983, made upon renewal and reargument. ¶ Order dated July 8, 1983, affirmed, insofar as appealed from. No opinion. ¶ The respondent is awarded one bill of costs. Mollen, P. J., Titone, Weinstein and Rubin, JJ., concur.

■ ROBERT SABEL, Respondent, v NESKI ASSOCIATES et al., Appellants. — In an action to recover damages for breach of contract, negligence and fraud in the construction of a home, defendants appeal from an order of the Supreme Court, Suffolk County (Jones, J.), dated June 30, 1983, which denied their motion to compel plaintiff to answer certain questions propounded to him at an examination before trial and granted plaintiff's cross motion for a protective order precluding the disclosure of the material requested. ¶ Leave to appeal is granted by Justice Mangano. ¶ Order modified by deleting therefrom the provision which denied defendants' motion and granted plaintiff's cross motion insofar as they involved the disclosure of plaintiff's financial records regarding the financing of the construction of his home and by substituting therefor provisions granting defendants' motion and denying plaintiff's cross motion to that extent. As so modified, order affirmed, without costs or disbursements. ¶ Under all of the circumstances, plaintiff's financial records regarding the financing of the construction of his home are material and relevant to the subject litigation (*Allen v Crowell-Collier Pub. Co.*, 21 NY2d 403; *Martin Mechanical Corp. v City of New York*, 100 Misc 2d 1107). Mangano, J. P., Thompson, O'Connor and Boyers, JJ., concur.